

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2022

No. 04-22-00633-CV

Steven **VERDUGO**,
Appellant

v.

Franchesca **SALINAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15757
Honorable David A. Canales, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on January 2, 2023. Before the once-extended due date, Appellant filed a second motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on February 1, 2023. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court